UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA

        -v-  :  ORDER

ANGELA HUANG,  :  06 Cr. 1006
    a/k/a "Angela Hung,"
    a/k/a "Angela Lu,"
ZHI JUN HUANG,
BOUHARI ADOYI,
FUYIN HUANG,

        Defendants.
------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/07

    It is hereby ordered, on consent of all the parties, that (1) any motions by the defendants shall be submitted by March 2, 2007, (2) any Government response shall be submitted by March 16, 2007, and (3) any subsequent reply by the defendants shall be submitted by March 23, 2007.

    Time under the Speedy Trial Act is excluded from now until March 2, 2007.

SO ORDERED:

Dated:    New York, New York
           January 23, 2007

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE