UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FD: 5/7/07

United States of America,

  -v-

**Angela Huang**, *also known as* Angela Hung
*also known as* Angela Lu Defendant # 1

**Zhi Jun Huang** Defendant # 2)

**Bouhari Adoyi** Defendant # 3

**Fuyin Huang** Defendant # 4

            Defendant.

Case No. 06-CR-1006 (KMK)

AMENDED ORDER

KENNETH M. KARAS, District Judge:

The above-entitled action having been assigned to the undersigned for all

purposes,

IT IS HEREBY ORDERED that all parties appear with counsel for hearing and

argument on all outstanding motions on **May 21, 2007 at 11:30am** in the United States Federal

Courthouse- 500 Pearl Street, New York, New York, Courtroom 21D.

SO ORDERED.

Dated:    May ___ 4 ___, 2007
        New York, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE