# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

August 3, 2007

By Hand & ECF
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Angela Huang, et al.**
    **06 Cr. 1006 (KMK)**

Dear Judge Karas,

      With the gracious consent of the government, I write on behalf of my client, Bouhari Adoyi, to request an extension of the scheduled deadline for the filing of the defendant's reply in the above-captioned case. We filed a post-hearing pleading on July 13, 2007, and the government responded on July 20, 2007. Defendant's reply was to be filed today, August 3, 2007. We ask to be allowed to file our reply no later than August 17, 2007.

      This request is made necessary because of an unexpectedly heavy work load secondary to undersigned counsel's impending departure from the Federal Defenders of New York. Consequently, the motions schedule set in open court, is based on counsel's misjudgement as to the time available to draft the reply. These concerns have no bearing on the merits of Mr. Adoyi's claims and are fully beyond his control. Undersigned counsel asks for this extension in order to fully ventilate those claims on his behalf.

      I may be reached at (212) 417-8761 if more information or argument is required.

Respectfully submitted,

Christopher A. Flood
Counsel for Bouhari Adoyi

CC: Steve Lee
    Assistant United States Attorney