UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

United States of America,

                Plaintiff(s),                      06 Cr. 1006 (KMK)

    -against-

Angela Huang, et al.                      CALENDAR NOTICE

                Defendant(s).

------------------------------------------------------X

Please take notice that the above captioned action is scheduled for a conference on Wednesday, February 27, 2008 at 2:00 p.m. before the Honorable Kenneth M. Karas, in Courtroom 21D, U. S. District Court, 500 Pearl Street, New York, New York.

Any scheduling difficulties must be brought to the attention of the Court in writing, at least three business days beforehand.

Dated: February 5, 2008
       White Plains, New York

So Ordered

_____
Kenneth M. Karas, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```