AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

**APPEARANCE**

Case Number: 06 Cr. 1006

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Bouhari Adoyi

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/29/2008 | *[signature]* |
| Date | Signature |
| | David Patton |
| | Print Name                                Bar Number |
| | Federal Defenders of New York, Inc., 52 Duane St. |
| | Address |
| | New York          New York          10007 |
| | City                State             Zip Code |
| | (212) 417-8762          (212) 571-0392 |
| | Phone Number                     Fax Number |