```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ANGELA HUANG, et al.,

     Defendants.

Case No. 06-CR-1006 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

  For the reasons stated on the record in proceedings held today before the Court it is:

  ORDERED that the Motion to Suppress of Defendant Bouhari Adoyi is GRANTED IN PART AND DENIED IN PART. It is GRANTED as to evidence obtained as a result of the search (claimed by the Government to be on consent) conducted by the United States Secret Service of the "A&B Premises" on July 26, 2006; it is DENIED as to the post-arrest statements of Defendant Adoyi on the same date; and it is DENIED as to its challenge to the validity of the warrant authorizing search of the "second floor room at the India Building" and it is further

  ORDERED that the Motion to Suppress of Defendant Fuyin Huang is GRANTED; and it is further

  ORDERED that time is excluded under the Speedy Trial Act through March 14, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

  The Clerk of Court is respectfully directed to terminate the pending motions (Docket Nos. 27 and 29).

SO ORDERED.

Dated: February 27, 2008
   New York, New York

                KENNETH M. KARAS
                UNITED STATES DISTRICT JUDGE