

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

   -v-

**Angela Huang**, *also known as* Angela Hung *also known as* Angela Lu Defendant # 1

**Zhi Jun Huang**  Defendant # 2)

**Bouhari Adoyi**  Defendant # 3

**Fuyin Huang**  Defendant # 4

          Defendant.

---

Case No. 06-CR-1006 (RJS)

AMENDED ORDER

RICHARD J. SULLIVAN, District Judge:

    The above-entitled action having been reassigned to the undersigned for all purposes,

    IT IS HEREBY ORDERED that all parties appear with counsel for a status conference **on March 11, 2008 at 4:30pm** in the United States Federal Courthouse- 500 Pearl Street, New York, New York, Courtroom 21C.

SO ORDERED.

Dated:    March 5, 2008
           New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES DISTRICT JUDGE