UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

No. 06 Cr. 1006 (RJS)
ORDER

ANGELA HUANG, *et al.*,

Defendants.

RICHARD J. SULLIVAN, District Judge:

      At the conference held before the Court on May 1, 2008, the Court adopted the following schedule:

      Jury selection and trial shall commence on May 20, 2008 at 9:30 a.m.

      Motions in limine shall be filed on or before May 9, 2008. Responses, if any, shall be filed on or before May 13, 2008.

      The parties shall submit joint proposed voir dire questions and a joint proposed jury charge to the Court on or before May 13, 2008.

      The government shall submit its exhibit list to the defendants and to the Court on or before May 13, 2008.

      The Court shall conduct the final pre-trial conference in this case on Thursday, May 15, 2008 at 3:15 p.m. The government shall be prepared to turn over to the defendant any material pursuant to 18 U.S.C. § 3500 on that date.

SO ORDERED.

Dated:    May 1, 2008
           New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE