

UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
PROVISIONAL RELEASE OF AN OFFENDER

DEFERRED PROSECUTION

TO: BOUHARI ADOYI                           United States District Court
                                             S1 06 Cr. 1006 (RJS)


On April 30, 2008, superseding Indictment S1 06 Cr. 1006 (RJS) (the "Indictment") was returned by the Grand Jury, in which you are accused of committing an offense against the United States, to wit, conspiracy to traffic in counterfeit goods in violation of Title 18, United States Code, Section 371. However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of twelve months from the signing of this agreement. The term and conditions constituting your good behavior and satisfactory compliance are as follows:

(1)   You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2)   You shall associate only with law-abiding persons.

(3)   You shall work regularly at a lawful occupation and support your legal dependents to the best of your ability. When out of work you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job changes.

(4)   You shall not leave the Southern or Eastern Districts of New York without permission of your supervising U.S. Pretrial Services Officer.

(5)   You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

(6)   You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7)   You shall report to your supervising U.S. Pretrial Services Officer as directed.

    The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should such action be deemed advisable.

    If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions, if any, above mentioned, the Indictment will be dismissed and no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       May 26, 2008

                                      MICHAEL J. GARCIA
                                      United States Attorney

                              By: *[signature]*
                                  Antonia M. Apps
                                  Assistant United States Attorney

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, Title 18, United States Code, Section 3161(h)(2) and the Rules of the District Court of the Southern District of New York, or other pertinent provisions and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
MAY 20, 2008

_____
David E. Patton, Esq.
Attorney for Bouhari Adoyi

_____
Bouhari Adoyi

The foregoing waiver of the defendant's right to a speedy trial is approved pursuant to Rule 5(b) of the Second Circuit Plan for Achieving Prompt Disposition of Criminal Cases and the Rules of the District Court for the Southern District of New York.

Dated: New York, New York
May 20, 2008

_____
United States District Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
, 2008

_____
United States Pretrial Services Officer